# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andy Gonzalez, | No. CV-24-00452-TUC-LCK |
| Plaintiff, | **ORDER** |
| v. | |
| Cecilia Benabidez, | |
| Defendant. | |

On December 16, 2024, Magistrate Judge Lynette C. Kimmins issued a Report and Recommendation ("R&R"), recommending that the District Court enter an order dismissing this case without prejudice and directing the Clerk of Court to close this case after Plaintiff failed to amend the Complaint and failed to pay the filing fee or resubmit the Application to Proceed Without Prepaying Costs. (Doc. 10.) Judge Kimmins notified the parties they had fourteen days to object to the R&R. (*Id.*) No objections have been filed.

The standard of review of a magistrate judge's R&R is dependent upon whether a party objects: where there is no objection to a magistrate's factual or legal determinations, the district court need not review the decision "under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The Court has reviewed the pertinent documents in this matter and agrees with the Magistrate Judge's conclusions.

1    Accordingly, IT IS ORDERED Magistrate Judge Kimmins' Report and
2 Recommendation is ADOPTED. (Doc. 10.)
3    IT IS FURTHER ORDERED this case is DISMISSED WITHOUT PREJUDICE.
4 The Clerk of Court shall docket accordingly and close the case file in this matter.
5    Dated this 6th day of January, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge